**Re:Alfred Nelson Lobo v DOJ, BJA, PSOB**
**Case Number 24-1198**

**ADDENDUM AND EXHIBITS** **Page**

8/23/2023 Denial Cover Letter, Hope D. Janke, Director, PSOB Appx1

8/21/2023 Appendix to Director Determination, Robert Garrison, Appx2

8/18/2023 Director Determination, Karhlton F. Moore, Director, Appx26