# United States Court of Appeals for the Federal Circuit

---

**ALBERT NELSON LOBO,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2024-1198

---

Petition for review of a decision of the Bureau of Justice Assistance in PSOB claim No. 2015-DIS-039.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

June 9, 2025
Date

Jarrett B. Perlow
Clerk of Court